AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Juan Luis Perez Garcia, Juan Artiles Taveras | ) ) ) ) | 17-mj-7108-JCB |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 2, 2017__ in the county of __Bristol__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) and 846, and 18 U.S.C. 2 | On or about June 2, 2017, in Attleboro, in the District of Massachusetts, Juan Luis Perez Garcia and Juan Artiles Taveras, defendants herein, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance, and did attempt to do the same, in violation of 21 U.S.C. 841(a)(1) and 846, and 18 U.S.C. 2. |

This criminal complaint is based on these facts:

See the Affidavit of Homeland Security Investigations Special Agent Geoffrey Howes, which is attached and incorporated by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

GEOFFREY HOWES, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/03/2017

_____
*Judge's signature*

City and state: Boston, Massachusetts     HON. JENNIFER C. BOAL, Chief Magistrate Judge
*Printed name and title*